

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO.WR-82,275-04

### EX PARTE MICHAEL OMAR LOPEZ, Applicant

### ORDER PURSUANT TO TEXAS RULE OF APPELLATE PROCEDURE 9.10

*Per curiam.*

### ORDER

This cause is before this Court on application for writ of habeas corpus from trial court case number 2012CR1981-W2 in the 290th District Court of Bexar County.

The Clerk of this Court has discovered sensitive data in the record, namely: the name of the complainant and other victims who were a minor TEX. CODE CRIM. PROC. art 57.02(h). TEX. R. APP. P. 9.10(a). Pursuant to Texas Rule of Appellate Procedure 9.10, the Clerk sought a ruling from the Court and thereafter notified the parties. The Court now orders the Clerk of this Court to redact or seal the discovered sensitive data from the records identified and listed below. The Court further orders the trial court clerk, the

clerk of the court of appeals, or any entity or individual possessing the following

documents to redact or seal the documents pursuant to this order:

1.  Clerk's Record

Filed:  February 8, 2016

Do not publish